UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 6:17-mc-00016-CEM-TBS

BANCO POPULAR NORTH AMERICA,

    Petitioner/Judgment Creditor,

vs.

MIGUEL D. LAUSELL,

    Respondent/Judgment Debtor.
_____/

THE TACO MAKER, INC.

    Garnishee
_____/

## MOTION FOR WRIT OF GARNISHMENT

Petitioner/Judgment Creditor Banco Popular North America ("Banco Popular"), by its undersigned counsel, pursuant to Florida Statute Annotated §77.01 made applicable by Rule 69(a) of the Federal Rules of Civil Procedure, moves this Court to issue a Writ of Garnishment against any and all tangible or intangible property of Respondent/Judgment Debtor Miguel D. Lausell ("Lausell"), in the possession or control of The Taco Maker, Inc. and states as follows:

1.    This Court registered Banco Popular's foreign judgment on March 20, 2017, to enforce a judgment against Lausell entered on January 19, 2017 by the United States District Court for the Southern District of New York, in the amount of $528,382.06 plus post-judgment interest at the statutory rate (collectively the "Judgment").

2.    To date, the Judgment has not been satisfied.

3.    To aid in satisfaction of the Judgment, Banco Popular requests that this Court issue a Writ of Garnishment against any and all tangible or intangible property of Respondent/Judgment

Debtor, Lausell, in the possession or control of The Taco Maker, Inc., whose registered agent is CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324, up to the amount of the Judgment.

WHEREFORE, Petitioner/Judgment Creditor Banco Popular North America, requests that this Court issue a Writ of Garnishment against any and all tangible or intangible property of Respondent/Judgment Debtor, Miguel D. Lausell, in the possession or control of The Taco Maker, Inc.

Respectfully submitted,

*/s/ Mark Edelson*
Mark Edelson, Esquire
Florida Bar No. 0096337
Goldman & Goldman, P. A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, Maryland 21093
medelson@goldmangoldman.com
(410) 296-0888
(410) 296-0777 (facsimile)

Attorneys for Banco Popular