UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 6:17-mc-00016-CEM-TBS

BANCO POPULAR NORTH AMERICA,

    Petitioner/Judgment Creditor,

vs.

MIGUEL D. LAUSELL,

    Respondent/Judgment Debtor.
_____/

THE TACO MAKER, INC.

    Garnishee
_____/

## WRIT OF GARNISHMENT

TO THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to summon the garnishee, The Taco Maker, Inc., whose registered agent is CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324, to serve an answer to this writ on Mark Edelson, Esquire, of Goldman & Goldman, P.A., Petitioner/Judgment Creditor's attorney, whose address is 2330 West Joppa Road, Suite 300, Lutherville, Maryland 21093, within 20 days after service of this writ, exclusive of the day of service, and to file the original with the clerk of court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the Respondent/Judgment Debtor:

                        Miguel D. Lausell
                        c/o Joseph E. Sandler
                        1025 Vermont Avenue NW, Suite 300
                        Washington, D.C. 20005

at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum, and what tangible and intangible personal property of the Respondent/Judgment Debtor the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether

1

the garnishee knows of any other person indebted to the Respondent/Judgment Debtor or who may be in possession or control of any of the property of the Respondent/Judgment Debtor. The amount set in Petitioner/Judgment Creditor's motion is $528,382.06 which shall bear interest at the statutory rate from January 19, 2017.

**FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN ENTRY OF JUDGMENT AGAINST THE GARNISHEE.**

Defendant has a right to an immediate hearing for dissolution of this writ pursuant to Florida Statute Section 77.07.

DATED on _____.


Clerk, U.S. District Court for the Middle District of Florida

By _____

As Deputy Clerk