UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **BANCO POPULAR NORTH AMERICA** | CASE NO: **6:17-MC-00016-CEM-TBS** |
| Plaintiff/Petitioner | FILING DATE: |
| vs. | DIVISION: |
| **MIGUEL D. LAUSELL** | |
| Defendant/Respondent | |
| **THE TACO MAKER, INC.** | |
| Garnishee Defendant(s) | |

RETURN OF SERVICE

Received by Miriam Marquez De La Plata, on the 8th day of May, 2017 at 9:48 AM to be served upon **THE TACO MAKER, INC. c/o CT Corporation System, REGISTERED AGENT at 1200 South Pine Island Rd, Plantation, Broward County, FL 33324.**

On the 8th day of May, 2017 at 2:15 PM, I, Miriam Marquez De La Plata, SERVED the within named garnishee defendant at **1200 South Pine Island Rd, Plantation, FL 33324** by delivering **1** copy(ies) of the below-listed documents to **Donna Moch** .

**CORPORATE SERVICE,** by personally leaving **1** copy(ies) of the below-listed documents with **Donna Moch** , a person authorized to accept service, and informed the person of the contents thereof.

**Documents Served:** CONTINUING WRIT OF GARNISHMENT, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **SENIOR CORPORATE OPERATIONS MANAGER , PERSON AUTHORIZED TO ACCEPT,** who accepted service, with identity confirmed by verbal communication, a white female approx. 45-55 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with brown hair.

Case No:          **6:17-MC-00016-CEM-TBS**
Plaintiff/Petitioner:     **BANCO POPULAR NORTH AMERICA**
Defendant/Respondent:  **MIGUEL D. LAUSELL**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____          890                          5/8/17
        Miriam Marquez De La Plata              Server ID #                    Date